**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 12-CV-80021-RYSKAMP/HOPKINS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

IMPERIALI, INC. et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge Hopkins **[DE 137]** entered on September 25, 2013. Defendant Daniel Imperato filed objections **[DE 148]** to the Magistrate's report on October 2, 2013. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, objections, and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge Hopkins **[DE 137]** be, and the same hereby is **RATIFIED, AFFIRMED and APPROVED** in its entirety;

    (2) Plaintiff's Motion for Summary Judgment **[DE 105]** is **GRANTED**;

    (3) Within ten (10) days of this Order parties' are directed to submit supplemental briefing concerning the relief requested in the Motion, including:

    a. Whether Defendants Imperato, Imperiali, and O'Donell should be permanently enjoined under Securities Act Section 20(b) [15 U.S.C. §77t(b)], Exchange Act Section 21(d) [15 U.S.C. §78u(d)(1)], and Investment Company Act Section 42(d) [15 U.S.C. §80a-41(d)], and the scope of such an injunction;

    b. The amount of disgorgement to be paid by Defendants, and which Defendants should be held jointly or severally liable for such disgorgement;[1]

    c. The amount of civil penalties to be imposed on Defendants under Sections 20(d)(1) of the Securities Act [15 U.S.C. § 77t(d)(1)] and 21(d)(3)(A) of the Exchange Act [15 U.S.C. § 78u(d)(3)(A)], and which Defendants should be held jointly or severally liable for such civil penalties;[2] and

    d. Whether an officer-and-director bar should be imposed against Defendant Imperato.

Parties' are limited to **one (1) filing** of supplemental briefs on the issues above. Any other filings will be stricken from the record. Moreover, parties' supplemental briefs **shall not exceed ten (10) pages** and shall include pertinent legal support.

(4) The Clerk of Court is directed to **DENY** all pending motions as **MOOT**.

---

[1] Defendants, including Defendant Imperato, may not contest *whether* disgorgement should be paid; that issue was decided upon the Court's adoption of the Magistrate's Report and Grant of Plaintiff's Motion for Summary Judgment. Defendants may only dispute the amount of disgorgement contested.

[2] Again, Defendants may not contest *whether* civil penalties should be imposed, only the amount of such penalties to be imposed.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 8 day of October, 2013.

                                                /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE